UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     3:25-cv-441-KAC-DCP<br>)<br>) |
| THE WOMEN, LLC, et al.; | )<br>) |
| Defendants. | ) |

## **ORDER GRANTING JOINT MOTION AND SETTING SCHEDULE**

This action is before the Court on the Parties' "NOTICE OF STIPULATION, NOTICE OF PLAINTIFF'S WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AND TRO (DOC. 2), AND MOTION TO RESCIND SUPPLEMENTAL BRIEFING ORDER (DOC. 32), FOR ORDER SETTING CONSENTED-TO BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND EXTENDING THE DEADLINE FOR DEFENDANTS TO ANSWER" [Doc. 35]. For the reasons below, the Court grants the Parties' Joint Motion.

In the Joint Motion, "Defendant[1] stipulates that The Women Foundation's September 2025 microloan program is not open, and it will not open until September 2026," and "[i]n exchange," Plaintiff agrees to "voluntarily withdraw their [it's] motion for a preliminary injunction and temporary restraining order" [*See* Doc. 35 at 1]. Given this agreement, the Parties jointly "request that the Court withdraw its supplemental-briefing order" [Doc. 32] related to Plaintiff's motion for a preliminary injunction and temporary restraining order [Doc. 2].

---

[1] Two defendants remain in this action, but the defendant entities appear to be related [*See* Docs. 1 at ¶¶12-13; 25-1]. And the Court would enforce this stipulation against both defendants based on the representations made by Defendants' counsel at the October 7, 2025 hearing [*See* Doc. 31].

Further, the Parties "stipulate that this case should be resolved on an expedited summary judgment schedule" [Doc. 35 at 1]. And the Parties propose an expedited schedule [*See id.* at 1-2]. Commensurate with that schedule, the Parties also request that the Court "extend the deadline for Defendants to file an answer to the complaint until October 28, 2025" [*Id.*].

For good cause shown based on the Parties' stipulations and representations and with no opposition, the Court **GRANTS** the Parties' Joint Motion [Doc. 35]. *See* E.D. Tenn. L.R. 7.2. Consistent with the agreement, Plaintiff's motion for a preliminary injunction and temporary restraining order [Doc. 2] is **WITHDRAWN**. Because Plaintiff's motion is withdrawn, the Court **WITHDRAWS** its Order for supplemental briefing [Doc. 32] regarding Plaintiff's motion [Doc. 2]. *See* Fed. R. Civ. P. 54(b).

Because the Parties "stipulate that this case should be resolved on an expedited summary judgment schedule," [Doc. 35 at 1], the Court sets the below expedited summary judgment schedule. If the action proceeds past summary judgment, the Court will set a schedule for the remainder of the action. *See* Fed. R. Civ. P. 16(b). Defendants **SHALL** file any response to Plaintiff's Complaint by **October 28, 2025**.

(1) The Parties **MUST** file any motion for summary judgment by **October 28, 2025**;

(2) The Parties **MUST** file any response by **November 14, 2025**; and

(3) The Parties **MUST** file any reply by **November 21, 2025**.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge