# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                          Plaintiff,<br><br>v.<br><br>THE WOMEN, LLC and THE WOMEN FOUNDATION,<br><br>                         Defendants. | No. 3:25-cv-441 |

## UNOPPOSED MOTION TO DISMISS THE WOMEN, LLC

Per Rule 21, the Alliance moves to dismiss The Women, LLC as a defendant, without prejudice.

Dismissing the LLC without prejudice is "just terms." Fed. R. Civ. P. 21. The Women Foundation will remain in the case as a defendant. Relief against the Foundation would effectively bind the LLC anyway, since the "The Women Foundation is owned, operated, and managed by The Women, LLC" and the Foundation's members are "the same women who co-own The Women, LLC." Bylaws (Doc.38-5) at 1; *see* Fed. R. Civ. P. 54(d)(2). And dismissal without prejudice is the primary relief that Defendants seek themselves. *See* Women-MSJ (Doc.38) at 6 n.1.

The Alliance has conferred with Defendants. They do not oppose dismissing the LLC without prejudice, though they want Plaintiff to stress that they maintain their position that this Court lacks jurisdiction over the matter.

This Court should dismiss The Women, LLC as a defendant without prejudice.

Dated: November 13, 2025                    Respectfully submitted,

                                            /s/ Cameron T. Norris

Adam K. Mortara                             Thomas R. McCarthy*
  (TN Bar No. 40089)                          (VA Bar No. 47154)
LAWFAIR LLC                                 Cameron T. Norris
40 Burton Hills Blvd., Suite 200              (TN Bar No. 33467)
Nashville, TN 37215                         Gilbert C. Dickey*
(773) 750-7154                                (VA Bar No. 98858)
mortara@lawfairllc.com                      R. Gabriel Anderson*
                                              (TX Bar No. 24129302)
                                            CONSOVOY MCCARTHY PLLC
                                            1600 Wilson Blvd., Ste. 700
                                            Arlington, VA 22209
                                            (703) 243-9423
                                            cam@consovoymccarthy.com

                                            *Counsel for Plaintiff*

                                            *pro hac vice

# CERTIFICATE OF SERVICE

I filed this motion on the Court's e-filing system, which will email everyone requiring notice.

Dated: November 13, 2025                                        /s/ Cameron T. Norris

2