IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

KNOXVILLE DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. THE WOMEN, LLC and THE WOMEN FOUNDATION, *Defendants.* | No. 3:25-CV-441-KAC-DCP<br><br>District Judge Katherine A. Crytzer<br><br>Magistrate Judge Debra C. Poplin |

**BRIEF OF AMICI CURIAE HIGHLANDER RESEARCH AND EDUCATION CENTER AND KNOXVILLE AREA URBAN LEAGUE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ..................................................................................................... ii

STATEMENT OF INTERESTED PARTIES ........................................................................... 1

ARGUMENT ............................................................................................................................. 2

    A.    The History of Slavery and Jim Crow Limits America's Promise of Equal Economic Opportunity in the Present-Day American South ............................... 2

    B.    Knoxville Is A Prime Example of Present Economic Effects of Historic Inequality .......... 7

    C.    Supporting Black Entrepreneurship Is Necessary to Help All Americans Experience Economic Growth and Advancement ............................................... 11

CONCLUSION ....................................................................................................................... 13

CERTIFICATE OF SERVICE

# TABLE OF AUTHORITIES

Page(s)

**OTHER AUTHORITIES:**

Ass'n for Enter. Opportunity, *Black Business Ownership Fact Sheet* (2025), https://perma.cc/ML7T-HSGK ...................................................................................... 6

Trevor J. Bakker et al., Ctr. for Econ. Studies, CES 25-45, *Credit Access in the United States* (July 2025), https://perma.cc/F6VQ-ZQZ3 ............................................ 5

David E. Bernstein, *The Law and Economics of Post-Civil War Restrictions on Interstate Migration by African-Americans*, 76 Tex. L. Rev. 781 (1998) .................................. 3

Joseph H. Cartwright, *The Triumph of Jim Crow: Tennessee Race Relations in the 1880s* 14, 19 (1976) ........................................................................................... 9, 10

Chandra Childers, *Rooted in Racism and Economic Exploitation*, Econ. Pol'y Inst. (Oct. 11, 2023), https://www.epi.org/publication/rooted-in-racism/ ..................................... 3, 4

Chandra Childers, *The Ongoing Influence of Slavery and Jim Crow Means High Poverty Rates and Low Economic Mobility in the South*, Econ. Pol'y Inst. (Apr. 3, 2025), https://www.epi.org/publication/rooted-racism-part4/ ........................................ 5

Allie Clouse, *The Reality of Knoxville's Urban Removal: Historians, Community Members Answer Questions*, Knoxville News Sentinel (Dec. 11, 2020), https://perma.cc/C9JC-VXC8 ................................................................................ 9, 10

Jonas (Cass) Crews et al., Heartland Forward, *Black Business Opportunity Strategy: The Journey of Black Business Owners in Memphis* (Oct. 16, 2023), https://perma.cc/88H2-CPQC .................................................................................. 12

Daniel Dassow, *'Lifeblood': Black-Owned Businesses are More Than Just an Economic Boost to Knoxville*, Knoxville News Sentinel (Apr. 2, 2024), https://www.knoxnews.com/story/news/local/2024/04/02/knoxville-needs-more-black-owned-businesses/72929791007/ ......................................................... 11

Mels G. de Zeeuw et al., *Minority-Owned Enterprises and Access to Capital from Community Development Financial Institutions*, Comm. Dev. Innovation Rev. 5 (Fed. Rsrv, Bank of S.F. May 2021), https://perma.cc/B5L8-SMLB .............................. 6, 12

Elaine S. Frantz, *The Rise (and Fall) of the First Ku Klux Klan*, History Now, Fall 2019, https://perma.cc/4DGA-WRQF ................................................................... 9

Gregory Scott Hicks, *Rebuilding a Community: Prosperity and Peace in Post-Civil War Knoxville, Tennessee*, 1865-1870 (May 2008) (M.A. Thesis, University of Tennessee),

https://trace.tennessee.edu/cgi/viewcontent.cgi?article=1416&context=utk_gradthes ........................................................................................................... 7

Matthew Lakin, *"A Dark Night": The Knoxville Race Riot of 1919*, 72 J. E. Tenn. Hist. 1 (2000) ............................................................................................. 8, 9

Kathy Lauder, *"Jim Crow" – Chapter 130 and the Black Vote in Tennessee*, 24 Middle Tenn. J. Genealogy & Hist. 55 (2010) .............................................. 9

Tomeka Lee, *How Cities Can Spark Economic Transformation Through Entrepreneur-Led Economic Development*, Nat'l League of Cities (May 1, 2025), https://perma.cc/QB4J-EX57 .................................................................. 11

Rieva Lesonsky, *Reports Show Black Small Businesses Still Face Major Challenges*, Forbes (Feb. 20, 2023), https://www.forbes.com/sites/allbusiness/2023/02/20/reports-show-black-small-businesses-still-face-major-challenges/ ............................................. 6

Adam G. Levin, Cong. Rsch. Serv., R46816, *The Minority Business Development Agency: An Overview of Its History and Programs* (June 6, 2024), https://www.congress.gov/crs-product/R46816 ............................................... 4

Robert Tracy McKenzie, *Lincolnites and Rebels: A Divided Town in the American Civil War* (2006) ............................................................................. 7, 8

Robert Tracy McKenzie, *Sharecropping*, Tennessee Encyclopedia (Mar. 1, 2018), https://perma.cc/MCM2-YVAA ........................................................................ 3

Michael Neal & Apueela Wekulom, Urban Inst., *How Racial Disparities in Small Business Ownership Affect Wealth and Economic Prosperity* (June 2025), https://perma.cc/8QK6-HGHH ............................................................... 6, 11, 12

Shoba Ramanadhan et al., *The Role of Small, Locally-Owned Businesses in Advancing Community Health and Health Equity: A Qualitative Exploration in a Historically Black Neighborhood in the USA*, 33 Critical Public Health 633 (2023) ............................................................................................................ 13

Gregory Raucoules, *$42M Grant to Revitalize East Knoxville Areas Axed by 'Big Beautiful Bill'*, WATE News (July 8, 2025), https://www.wate.com/news/top-stories/42m-grant-to-revitalize-east-knoxville-areas-axed-by-big-beautiful-bill/ ...................................................................................................................... 10

Neilsberg Research, *Knoxville, TN Median Household Income By Race* (Mar. 1, 2025), https://perma.cc/GX7X-Z2Y2 ............................................................ 10

Silas Sloan, *If You Own a Home in Knoxville, You've Gotten Wealthier in Recent Years. Here's How Much*, Knoxville News Sentinel (May 12, 2023), https://perma.cc/5D9Q-6H26 ..................................................................... 10, 11

Danyelle Solomon, Connor Maxwell & Abril Castro, *Systematic Inequality and Economic Opportunity*, Ctr. for Am. Progress (Aug. 7, 2019), https://www.americanprogress.org/article/systematic-inequality-economic-opportunity/ ........................................................................... 2, 3, 4, 5

Tennessee Advisory Comm. to the U.S. Comm'n on Civil Rights, *School Desegregation in Tennessee* (Apr. 2008), https://perma.cc/CRJ6-JRAD ................... 9

Tennessee Dep't of Health, *2023 Data Package: Knox County*, https://www.tn.gov/content/dam/tn/health/documents/vitality-toolkit/data-packages/Data%20Package_Knox.pdf ........................................................................... 11

Jared Tetreau, *Sharecropping: Slavery Rerouted*, PBS (Aug. 16, 2023), https://perma.cc/R7QV-XUGT ........................................................................... 2

Ani Turner, *The Business Case for Racial Equity*, 105 Nat'l Civic Rev. 21 (2016) ..................... 12

U.S. Census Bureau, *Minority Business Development Agency (MBDA): Improving Minority Business' Access to Capital* (2021), https://perma.cc/8ZVV-4XLA ......................... 12

U.S. Chamber of Commerce, *Access to Capital for Minority-Owned Businesses* (2025), https://perma.cc/R97Y-UZEU ........................................................................... 13

Robert L. Wagmiller Jr. & Robert M. Adelman, *Childhood and Intergenerational Poverty: The Long-Term Consequences of Growing Up Poor*, (Nat'l Ctr. for Children in Poverty Nov. 2009), https://perma.cc/VW2C-G5QZ ........................... 5

The Women, https://perma.cc/LM63-F5ZH ........................................................................... 13

# STATEMENT OF INTERESTED PARTIES

Amici are two Tennessee-based non-profit organizations with a strong interest in the economic success and vitality of the state. Amicus Highlander Research and Education Center ("Highlander Center"), based in East Tennessee, has a nearly 100-year history of education, research, and organizing for the people of eastern Tennessee to alleviate poverty and remove barriers to economic prosperity. Amicus Knoxville Area Urban League is a nonpartisan, interracial community-based organization dedicated to securing economic self-reliance, parity, power, and civil rights for African Americans and all Americans. For these reasons, amici are concerned with maintaining access to economic and entrepreneurial opportunity for all, including historically underrepresented Americans.

In particular, amici believe it is critical to contextualize The Women Foundation's mission within the broader—and ongoing—history of racial discrimination in the American South. The United States's long history of exploiting Black labor is inextricably linked to the modern-day socioeconomic experiences of Black Americans in the South. Even after slavery was abolished, Black Americans were intentionally and systematically excluded from myriad economic opportunities at both the federal and local levels. The effects of this exclusion are still being felt today across the United States—Knoxville is, unfortunately, no exception. As a consequence of this history, minority small business owners have long relied on mutual aid and local community support to access financial resources that would otherwise be unavailable.

The Women Foundation provides exactly that kind of support in Knoxville. Its mission is rooted in a longstanding, and successful, model of economic growth that developed in direct response to past racial wrongs. As similarly-minded organizations, amici have a direct interest in ensuring that The Women Foundation's allocation of community funding to minority-owned businesses is correctly understood and properly contextualized.

# ARGUMENT

## A. The History of Slavery and Jim Crow Limits America's Promise of Equal Economic Opportunity in the Present-Day American South.

The growth of the United States since its birth into a formidable economic power has been built on the promise of equal economic opportunity for all Americans. But Black Americans, including in the present-day American South, have been systemically denied access to this promise and instead subjected to unequal economic opportunities. Black Americans have faced significant challenges that have historically largely precluded them from being able to participate fully and freely in the American economic system on the same terms as white Americans. Until the abolition of slavery, Black Americans *were* a large portion of the economy; slaveholders extracted some $14 trillion in value from their forced labor. *See* Danyelle Solomon, Connor Maxwell & Abril Castro, *Systematic Inequality and Economic Opportunity*, Ctr. for Am. Progress (Aug. 7, 2019), https://tinyurl.com/2jzth5p2. Following abolition, liberated Black workers were encouraged by federal officials from the Freedmen's Bureau to "stay in the South and enter into contracts doing the same work"—cooking, cleaning, child care, farmwork, etc.—for the families that previously enslaved them. *Id.* They largely did so.

As the dust settled from the Civil War and Southerners took uneasy steps into the first days and years of the post-slavery era, this encouragement from the federal government aided in the development of a new economic system. The backbone of this new system, the "predominant capital-labor arrangement" in the South, would come to be known as sharecropping, "a system by which a tenant farmer agrees to work an owner's land in exchange for living accommodations and a share of the profits." Jared Tetreau, *Sharecropping: Slavery Rerouted*, PBS (Aug. 16, 2023), https://perma.cc/R7QV-XUGT. Although they were legally

free, "sharecropping deprived Black farmers of economic agency or mobility" and kept them in a form of debt-slavery. *Id.* This system persisted until the mid-twentieth century, remaining "a significant institution in Tennessee agriculture for more than sixty years after the Civil War," declining "after 1940[] due to . . . the increasing mechanization of Tennessee farms . . . and the growing demand for industrial labor outside the South." Robert Tracy McKenzie, *Sharecropping*, Tennessee Encyclopedia (Mar. 1, 2018), https://perma.cc/MCM2-YVAA.

For many Black Americans in the South, emancipation came not from the Proclamation in 1863 or Appomattox in 1865, but from the combustion engine and the tractors it powered some seventy years later. There was little opportunity to escape this rigged economic system earlier. Black Codes and Jim Crow laws regulated—or, more accurately, curtailed—Black Americans' exercise of their hard-won citizenship. Among other restrictions, many Black Americans subject to these laws were limited to farm-based or domestic labor. Solomon et al., *supra*. And lawmakers interfered with efforts to recruit Black laborers to safer, more prosperous areas of the country. *Id.* & n.11 (citing David E. Bernstein, *The Law and Economics of Post-Civil War Restrictions on Interstate Migration by African-Americans*, 76 Tex. L. Rev. 781 (1998) (discussing emigrant agent laws)). Moreover, the practice of tipping began after the abolition of slavery; employers could then hire Black workers without having to pay them. Chandra Childers, *Rooted in Racism and Economic Exploitation*, Econ. Pol'y Inst. (Oct. 11, 2023), https://tinyurl.com/et8w4s5h. Because both their job prospects and geographic mobility were constrained by state and local governments on account of their race, Black Americans in the post-bellum South had little hope of economic advancement.

The federal government, for its part, also played a role in creating an unequal playing field. The landmark Fair Labor Standards Act of 1938 ("FSLA")—which introduced the 40-hour

3

work week, banned child labor, and established minimum wage and overtime requirements—"largely excluded African American workers from receiving these benefits by exempting many domestic, agricultural, and service occupations." Solomon et al., *supra*; *see* Childers, *Rooted in Racism*, *supra*. Without these exceptions, which were purposefully targeted at the only occupations open to most Black Americans in the South, "Southern lawmakers would not agree to vote for" the bill. Childers, *Rooted in Racism*, *supra*. The same was true for the National Labor Relations Act of 1935 ("NLRA"), which expanded collective bargaining rights. Not only did the NLRA exclude domestic, agricultural, and service occupations like the FLSA, it also "permitted labor unions to discriminate against workers of color in other industries, such as manufacturing." Solomon et al., *supra*. These "landmark pieces of New Deal legislation that opened the door to prosperity for thousands of households" thus "further entrenched racial disparities in wages and benefits by excluding many of the occupations most commonly held by Black . . . workers." *Id.*

It was not until the 1960s and the Civil Rights Movement that the federal government began combatting, rather than further entrenching (intentionally or otherwise), economic discrimination against Black Americans. *See id.* One such agency, the Equal Employment Opportunity Commission, created in 1965, is tasked with protecting job applicants and employees from discrimination based on race and other protected characteristics. *Id.* Another, the Minority Business Development Agency—originally established in 1969 as the Office of Minority Business Enterprise and made permanent in 2021—is tasked with expanding access to capital, markets, and contracts for minority-owned businesses. Adam G. Levin, Cong. Rsch. Serv., R46816, *The Minority Business Development Agency: An Overview of Its History and Programs* (June 6, 2024), https://tinyurl.com/5365npca. But even the creation of these agencies

demonstrates how deeply embedded that discrimination is in our national fabric; "lawmakers never fully funded these agencies and even provided exemptions" to their protections. Solomon et al., *supra*.

The effects of centuries of slavery followed by a century of government-tolerated discrimination against Black Americans are still felt today. In general, those who grow up in poor families are more likely to be poor as adults. Robert L. Wagmiller Jr. & Robert M. Adelman, *Childhood and Intergenerational Poverty: The Long-Term Consequences of Growing Up Poor* 1, (Nat'l Ctr. for Children in Poverty Nov. 2009), https://perma.cc/VW2C-G5QZ. This effect is particularly pronounced in Black Americans; forty two percent of Black Americans born in the lowest income category between 1942 and 1972 remained in that category as adults, compared to seventeen percent of white Americans. *Id.* at 2. Born during and in the immediate aftermath of state-sponsored economic subjugation, this group of people—ranging in age from 53 to 83 in 2025—are more likely to be economically disadvantaged as a direct result of government action and inaction, and they are more likely to pass that disadvantage on to their children. *See id.*

Today, approximately one in five Black women in the South (19.9%) fall below the poverty line compared to approximately one in ten white women (11%). Chandra Childers, *The Ongoing Influence of Slavery and Jim Crow Means High Poverty Rates and Low Economic Mobility in the South*, Econ. Pol'y Inst. (Apr. 3, 2025), https://tinyurl.com/34fpma49. As another, "Black individuals from the 90th percentile of parental income have similar average credit scores as White individuals from the 25th percentile," while "White children from the 25th percentile of the parental income distribution have credit scores that are 69 points higher than

5

Case 3:25-cv-00441-KAC-DCP    Document 52    Filed 12/10/25    Page 10 of 20
PageID #: 1432

their Black counterparts." Trevor J. Bakker et al., Ctr. for Econ. Studies, CES 25-45, *Credit Access in the United States* 2, 13-14 (July 2025), https://perma.cc/F6VQ-ZQZ3.

As a consequence of this economic deprivation, Black entrepreneurs continue to face obstacles that hinder community growth and development. "Compared with White households, Black households are less likely to form, grow, and sustain businesses." Michael Neal & Apueela Wekulom, Urban Inst., *How Racial Disparities in Small Business Ownership Affect Wealth and Economic Prosperity* 1 (June 2025), https://perma.cc/8QK6-HGHH. And, "[a]s a result, predominantly Black communities have relatively less economic vitality than predominantly White communities." *Id.* Moreover, although Black, women-owned businesses are statistically more likely to apply for credit through small microloan programs, they are about half as likely to be funded as white-owned businesses—indicating that structural issues continue to plague this type of funding mechanism. Mels G. de Zeeuw et al., *Minority-Owned Enterprises and Access to Capital from Community Development Financial Institutions*, Comm. Dev. Innovation Rev. 5, 17 (Fed. Rsrv, Bank of S.F. May 2021), https://perma.cc/B5L8-SMLB; *see* Neal & Wekulom, *supra*, at 8 (citing 2020 study showing that Black-owned businesses were less likely to be extended lines of credit and less likely to receive the full amount sought than White-owned businesses); Ass'n for Enter. Opportunity, *Black Business Ownership Fact Sheet* (2025), https://perma.cc/ML7T-HSGK (Black-owned firms are denied credit at over double the rate of White-owned firms (41% to 18%)). Indeed, 57% percent of Black business owners were denied a bank loan at least once when they started their business—compared to 37% of non-Black business owners. Rieva Lesonsky, *Reports Show Black Small Businesses Still Face Major Challenges*, Forbes (Feb. 20, 2023), https://tinyurl.com/44tfj4zp. And it costs Black

entrepreneurs, on average, $5,000 more to start a business as compared to their non-Black peers. *Id.*

These disparities in wealth and access to credit are inextricably linked with the history of slavery, Jim Crow, and economic subjugation of Black Americans both in the South and across the country.

**B.     Knoxville Is A Prime Example of Present Economic Effects of Historic Inequality.**

Driven by state and local policies, Black Americans in Knoxville historically faced an environment of manifest racial imbalance in economic prosperity. Far from promoting equal economic opportunities for all, the city of Knoxville and state leaders aided and promoted policies to disadvantage Black American communities in Knoxville. In the immediate aftermath of the Civil War, the preservation of white wealth and "white solidarity" were driving forces in the Knoxville community. *See* Robert Tracy McKenzie, *Lincolnites and Rebels: A Divided Town in the American Civil War* 223 (2006). As compared to other southern cities, Knoxville was "peaceful"; that is, there was relatively little conflict between Unionists and Confederates. Gregory Scott Hicks, *Rebuilding a Community: Prosperity and Peace in Post-Civil War Knoxville, Tennessee*, 1865-1870, at 36 (May 2008) (M.A. Thesis, University of Tennessee), https://tinyurl.com/4nmntvnw. But the "peace" was driven less by pro-Union agreement than by anti-Black racism: "[A] 'true Tennessean' . . . was loyal not only to the Union but also to his race." McKenzie, *supra*, at 223. As a result, "Knoxville's reconstructed society was built on the premise of white racial supremacy." Hicks, *supra*, at 6.

Though some of Knoxville's Confederate leaders faced animosity after the war, many well-to-do Confederates reintegrated into the community and returned to their dominant position in Knoxville's economy. Even after the Union victory, "the wealthiest households in Knoxville

were disproportionately pro-Confederate." McKenzie, *supra*, at 206. When reformers like Governor Parson Brownlow sought to hold them accountable, wealthy Unionists would often intervene on their behalf—"prominent Unionists stood up for prominent secessionists." *Id.* at 202. James Gettys McGready Ramsey, a wealthy White businessman who had served as a confederate officer, "returned home in 1871 to a warm welcome" and quickly rebuilt his business empire. *See* Hicks, *supra*, at 7-8. Joseph Mabry—a slaveowner and self-described "notorious rebel"—maintained his role as a prominent banker and railroad executive. *See* McKenzie, *supra*, at 42, 178, 200. In a letter to Andrew Johnson, Brownlow wrote that "'the worst rebels and traitors' were being turned loose." *Id.* at 201.

As Confederate leaders rejoined the Knoxville economic elite, Black members of the Knoxville community faced violence. After the war, a mob of "several hundred" Union veterans went searching for a Black soldier, and lynched him on the steps of the Knoxville Freedman's Bureau. "[T]hey pinned a placard to his breast to explain their deed: 'Hung to show [expletive] officers and the Freedman's Bureau what it takes to make a true Tennessean, and whether they will be run over or not.'" McKenzie, *supra*, at 223. Fifty years after the Freedman's Bureau lynching, another white mob marauded through Knoxville. In August 1919, a Black man was accused—with little evidence—of murder. Matthew Lakin, *"A Dark Night": The Knoxville Race Riot of 1919*, 72 J. E. Tenn. Hist. 1, 8 (2000). Thousands of white men stormed the county jail. Unable to find the suspect, the rioters redirected their violent attack into Black neighborhoods, armed "with guns, knives, and brickbats." *Id.* at 18. The National Guardsmen who had been deployed to quell the violence soon joined the side of the white rioters. "Blood . . . was everywhere." *Id.* Terrified for their lives, "[m]any black citizens barricaded themselves in their homes, others hid in forests or cemeteries or under houses and boxcars, and still others fled

8

Case 3:25-cv-00441-KAC-DCP    Document 52    Filed 12/10/25    Page 13 of 20
PageID #: 1435

the city with nothing more than the clothes on their backs." *Id.* at 22. Those who attempted to flee by train were met at the stations by gun-armed gangs. The death-toll remains unclear, but estimates range "into the hundreds." *Id.* at 25.

The racial violence against Black people was sanctioned by state law. The original Ku Klux Klan was founded in a small town in Tennessee, and quickly grew in influence. *See* Elaine S. Frantz, *The Rise (and Fall) of the First Ku Klux Klan*, History Now, Fall 2019, https://perma.cc/4DGA-WRQF. Governor Parson Brownlow forced a law through the Tennessee legislature to authorize the arrest of Klan members—but it was almost immediately repealed, leaving Klan violence "unchecked." *See* Joseph H. Cartwright, *The Triumph of Jim Crow: Tennessee Race Relations in the 1880s* 14, 19 (1976). In 1875, State legislators introduced a bill to affirmatively legalize discrimination in public places. Kathy Lauder, *"Jim Crow" – Chapter 130 and the Black Vote in Tennessee*, 24 Middle Tenn. J. Genealogy & Hist. 55, 55-56 (2010). In 1881, the State legislature enacted the nation's first Jim Crow law, "requiring separate but equal accommodations" for Black people on railroad cars; "[b]y the end of the decade, . . . racial segregation became a fixture of society." Cartwright, *supra*, at 76, 173. Tennessee continued enacting Jim Crow laws for eighty years. In 1955, the State Code was modified to expand anti-miscegenation laws, and to enforce segregation on public carriers, in mines, and in hospitals. Tennessee Advisory Comm. to the U.S. Comm'n on Civil Rights, *School Desegregation in Tennessee* 1-2 (Apr. 2008), https://perma.cc/CRJ6-JRAD.

Government-driven harm to Black people in Knoxville included the destruction of Black economic opportunity. Through an initiative labeled "Urban Renewal," the City of Knoxville engaged in the decades-long, systemic destruction of Black neighborhoods. *See* Allie Clouse, *The Reality of Knoxville's Urban Removal: Historians, Community Members Answer Questions*,

9

Knoxville News Sentinel (Dec. 11, 2020), htttps://perma.cc/C9JC-VXC8.  Under the program, the City would select blocks of predominantly Black neighborhoods as the site of a construction project—a new highway or city building, for example.  The City would then condemn all property on the site, and pay little-to-no compensation to owners and residents.  Once the residents were removed, the property was demolished. In all, historian Robert Booker "estimates some 3,700 structures were bulldozed including at least 107 businesses, hundreds of homes and 15 black churches." *Id.*

One of the areas destroyed by Knoxville's "Urban Renewal" program was "The Bottom," a neighborhood that was "the heart of the Black business community." *Id.*  Many of the small Black-owned businesses that lost their property in The Bottom were unable to relocate.  And those that "were able to reopen were scattered outside the city's core." *Id.*  The central neighborhood that fueled Black-owned businesses was lost completely.  As "urban renewal" progressed, Black people were "forced into East Knoxville"; today, "the majority of Black people in Knoxville live in the areas of East Knoxville." *Id.*  The Urban Renewal project that destroyed The Bottom continued until 1974—just fifty years ago, and within the living memory of many Knoxville residents.[1]

Today, manifest inequality persists in Knoxville, the direct legacy of two centuries of continuous anti-Black violence, racism, and discrimination.  Every statistical measure bears out the extreme gap.  In 2023, the median household income for Black people in Knoxville was $38,000 per year, compared to $55,000 per year for white people.  Neilsberg Research,

---

[1] A $42 million federal grant was awarded in 2024 to build infrastructure for the communities harmed by the Urban Renewal program, but it was revoked by the "Big Beautiful Bill."  Gregory Raucoules, *$42M Grant to Revitalize East Knoxville Areas Axed by 'Big Beautiful Bill'*, WATE News (July 8, 2025), https://tinyurl.com/4yzfm8jd.

10
Case 3:25-cv-00441-KAC-DCP    Document 52    Filed 12/10/25    Page 15 of 20
PageID #: 1437

*Knoxville, TN Median Household Income By Race* (Mar. 1, 2025), https://perma.cc/GX7X-Z2Y2.  In Knoxville, 46% of Black residents own their home, compared to 72% of White residents. Silas Sloan, *If You Own a Home in Knoxville, You've Gotten Wealthier in Recent Years. Here's How Much*, Knoxville News Sentinel (May 12, 2023), https://perma.cc/5D9Q-6H26.  And, in 2023, nearly one out of every three Black people in Knox County lived in poverty, *triple* the poverty rate among white people.  Tennessee Dep't of Health, *2023 Data Package: Knox County* 10, https://tinyurl.com/57fah33r.

These individual economic realities translate to the business sector: Black-owned businesses in Knoxville have lower revenue, less access to capital, and are less likely to have employees than white businesses.  Daniel Dassow, *'Lifeblood': Black-Owned Businesses are More Than Just an Economic Boost to Knoxville*, Knoxville News Sentinel (Apr. 2, 2024), https://tinyurl.com/y5zbdenu.

### C. Supporting Black Entrepreneurship Is Necessary to Help All Americans Experience Economic Growth and Advancement.

Supporting Black-owned business is vital to ensuring equal opportunity for all and mitigating the historic effects of racism.  Small-business entrepreneurship is an important part of economic recovery: It tends to "foster[] a more diverse and adaptable economy that is less reliant on a single industry or external factors."  Tomeka Lee, *How Cities Can Spark Economic Transformation Through Entrepreneur-Led Economic Development*, Nat'l League of Cities (May 1, 2025), https://perma.cc/QB4J-EX57; *see also* Neal & Wekulom, *supra*, at 4 (small business presence in a community "strengthens existing assets and activates underutilized assets such that the value accumulated stays local").

Black-owned small-business entrepreneurship is doubly beneficial to community growth and development.  Not only does minority small-business ownership serve the same economy

diversification and resilience purposes as small business development in general, but it "intersects with social determinants" such as "homeownership, marriage, poverty, [and] broadband [internet] access" in meaningful, positive ways. Jonas (Cass) Crews et al., Heartland Forward, *Black Business Opportunity Strategy: The Journey of Black Business Owners in Memphis* 8 (Oct. 16, 2023), https://perma.cc/88H2-CPQC; *see also* Neal & Wekulom, *supra*, at 4. The expansion of Black entrepreneurship in a community helps to break negative feedback loops associated with "[l]imited Black self-employment [which] limits Black families' upside income potential[] [and] the development of generational wealth," as well as decreased "access to . . . entrepreneurial mentors with whom [other Black community members] have a prior relationship." Crews et al., *supra*, at 10. Moreover, minority-owned businesses "are noteworthy because they create a significant share of the jobs in majority-minority neighborhoods nationwide." de Zeeuw et al., *supra*, at 5.

"Ensuring that MOEs [minority-owned enterprises] have adequate access to capital is thus of increasing importance to job creation, economic growth and opportunity, and local economic development across the U.S." *Id.* at 7. "Without alternative capital options, businesses either reduce operational capacity or go out of business. Both options can stunt job creation, slow down local economies, and further increase the earnings gap in the United States." U.S. Census Bureau, *Minority Business Development Agency (MBDA): Improving Minority Business' Access to Capital* (2021), https://perma.cc/8ZVV-4XLA. By contrast, raising the average income of minorities in the United States would "translate into $180 billion in additional corporate profits, $290 billion in additional federal tax revenues, and a potential reduction in the federal deficit of $350 billion, or 2.3 percent of GDP." Ani Turner, *The Business Case for Racial Equity*, 105 Nat'l Civic Rev. 21, 21 (2016). More specifically, "if the number of people-

12

Case 3:25-cv-00441-KAC-DCP   Document 52   Filed 12/10/25   Page 17 of 20
PageID #: 1439

of-color owned firms was proportional to their labor force participation, the U.S. would add more than 1.1 million businesses, supporting an estimated 9 million additional jobs and adding nearly $300 billion in workers' income." U.S. Chamber of Commerce, *Access to Capital for Minority-Owned Businesses* (2025), https://perma.cc/R97Y-UZEU.

Community-funding organizations like The Women Foundation play a critical part in this economic ecosystem by funding and supporting minority-owned small business efforts. Indeed, our nation cannot make progress toward achieving its promise of equal economic opportunity for all without the earnest and strategic efforts of charitable entities like The Women Foundation. The Women Foundation is using precisely the tools long identified as critical to combat the economic effects of structural racism to respond to the impact of those effects in its specific community. The Women Foundation's stated mission is to "create avenues to financing for small business expansions and start-ups through crowdsourcing, community funding, and real estate investment clubs." The Women, https://perma.cc/LM63-F5ZH. It is thus rooted in a historically successful model for combating the economic effects of structural racism. *See* Shoba Ramanadhan et al., *The Role of Small, Locally-Owned Businesses in Advancing Community Health and Health Equity: A Qualitative Exploration in a Historically Black Neighborhood in the USA*, 33 Critical Public Health 633, 634 (2023) ("Marginalized communities . . . have a long history of mutual aid and of mobilizing community capital and agency to meet needs and fill gaps in community services . . . .").

## CONCLUSION

For all these reasons and the ones articulated in Defendants' briefs, amici urge the Court to grant summary judgment in favor of Defendants.

Respectfully submitted,

/s/ Mark P. Chalos
Mark P. Chalos
TN BPR #19328
**Lieff Cabraser Heimann & Bernstein**
222 2nd Ave. South, Suite 1640
Nashville, TN 37201
Phone: 615 313 9000
Email: mchalos@lchb.com

*Counsel for Amici Curiae*

December 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically filed the foregoing document with the Court, using the CM/ECF system. The electronic case filing system will send a notice of electronic filing to the attorneys who have consented in writing to accept service by electronic means.

<i><u>/s/ Mark P. Chalos</u></i><br>
Mark P. Chalos

15

Case 3:25-cv-00441-KAC-DCP   Document 52   Filed 12/10/25   Page 20 of 20
PageID #: 1442