UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| American Alliance for Equal Rights,<br><br>Plaintiff,<br><br>v.<br><br>The Women, LLC and<br>The Women Foundation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:25-cv-00441-KAC-DCP<br><br>District Judge Katherine A. Crytzer<br>Magistrate Judge Debra C. Poplin |

**DEFENDANT'S MOTION FOR STATUS CONFERENCE**

Defendant The Women Foundation, by and through its undersigned attorneys, respectfully requests that the Court schedule a status conference in this matter at its earliest convenience.

In response to a July 28, 2026 letter from the undersigned counsel to the Court requesting a status conference regarding the parties' pending cross-motions for summary judgment, attached as Exhibit A, the Court noted by email that if "any party requests a scheduling conference" before the Court ruled on the cross-motions, "that party may file a motion." Exhibit B. Accordingly, Defendant hereby requests a status conference through the instant motion.

Plaintiff takes no position but will attend any status conference the Court schedules.

Respectfully submitted,

/s/ Scott D. McCoy
Scott D. McCoy*
Southern Poverty Law Center
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
(334) 922-0293
(786) 237-2949 (fax)
scott.mccoy@splcenter.org

Alphonso David*
Global Black Economic Forum
34 35th Street, Suite 5A
Brooklyn, New York 11232
(212) 287-5864
alphonso.david@gbef.com

Chris Irwin
BPR 025478
2131 Riverside Drive
Knoxville, Tennessee 37915
(865) 257-4029
christopherscottirwin@yahoo.com

*Counsel for Defendant The Women Foundation*

*Admitted *pro hac vice*