SPLC FLORIDA

Southern Poverty Law Center
2 South Biscayne Boulevard
Suite 3200
Miami, FL 33131
splcenter.org

EXHIBIT
A
exhibitsticker.com

**July 28, 2026**

The Honorable Katherine A. Crytzer
United States District Judge
800 Market Street, Suite 145
Knoxville, TN 37902
Crytzer_Chambers@tned.uscourts.gov
*Via email*

Re: *American Alliance for Equal Rights v. The Women, LLC et al.*, 3:25-cv-00441-KAC-DCP

Dear Judge Crytzer:

Currently pending before the Court in the above-referenced matter are the parties' cross-motions for summary judgment. Pursuant to Federal Rule of Civil Procedure 16, we write to request a status conference in order to inquire whether the Court needs anything more from the parties to decide the cross-motions for summary judgment and to afford the parties clarity on the important issues addressed in the pending motions so they can move forward with their operations and missions efficiently and effectively.

Defendant met and conferred with Plaintiff about this request. Plaintiff takes no position but is happy to attend any scheduling conference that the Court schedules.

Thank you for your consideration of this request.

Sincerely,

Scott D. McCoy

Scott D. McCoy
*Counsel for Defendant*

cc. *Counsel for Plaintiff via email*