Outlook

EXHIBIT

B

exhibitsticker.com

## RE: American Alliance for Equal Rights v. The Women, LLC et al., 3:25-cv-00441-KAC-DCP

**From** CrytzerChambers <Crytzer_Chambers@tned.uscourts.gov>
**Date** Fri 2026-07-31 9:51 AM
**To** Scott McCoy <Scott.McCoy@splcenter.org>; CrytzerChambers <Crytzer_Chambers@tned.uscourts.gov>
**Cc** Alphonso David <alphonso.david@gbef.com>; Cam <cam@consovoymccarthy.com>; Gabe <gabe@consovoymccarthy.com>; Gilbert Dickey <gilbert@consovoymccarthy.com>; Mary Swett <mary.swett@splcenter.org>; Susan Landaiche <susan.landaiche@splcenter.org>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. McCoy,

The Court anticipates ruling on the cross-motions for summary judgment shortly. If any party requests a scheduling conference in the meantime, that party may file a motion. Thank you.

Chambers of the Honorable Katherine A. Crytzer
United States District Court
Eastern District of Tennessee
865-545-4255

**From:** Scott McCoy <Scott.McCoy@splcenter.org>
**Sent:** Tuesday, July 28, 2026 6:00 PM
**To:** CrytzerChambers <Crytzer_Chambers@tned.uscourts.gov>
**Cc:** Alphonso David <alphonso.david@gbef.com>; Cam <cam@consovoymccarthy.com>; Gabe <gabe@consovoymccarthy.com>; Gilbert Dickey <gilbert@consovoymccarthy.com>; Mary Swett <mary.swett@splcenter.org>; Susan Landaiche <susan.landaiche@splcenter.org>
**Subject:** American Alliance for Equal Rights v. The Women, LLC et al., 3:25-cv-00441-KAC-DCP

**CAUTION - EXTERNAL:**

Dear Judge Crytzer,

Please see the attached correspondence in the above-referenced matter.

Best,

Scott D. McCoy
*Counsel for Defendant*

**Scott D. McCoy** he / him / his

Deputy Legal Director | Inclusion & Anti-Extremism Litigation Team

Southern Poverty Law Center

T 786.347.2056 C 334.922.0293

scott.mccoy@splcenter.org | splcenter.org

Licensed in NY / UT / FL

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.